**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Deon Marquiest Kiles,<br><br>　　　Petitioner<br><br>v.<br><br>William Hutchings, et al.,<br><br>　　　Respondents | Case No.: 2:21-cv-01437-JAD-NJK<br><br>**Order Denying Application to Proceed**<br>***In Forma Pauperis***<br><br>[ECF No. 1] |

Petitioner applies to proceed *in forma pauperis* in this action seeking a writ of habeas corpus under 28 U.S.C. § 2254.[1] Because I find that the petitioner can pay the full filing fee of $5.00, I deny the application.

IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* **[ECF No. 1] is DENIED.** Petitioner must have the $5.00 sent to the Clerk of Court by September 9, 2021, or this case will be dismissed without further prior notice.

IT IS FURTHER ORDERED that the Clerk of Court is directed to **SEND** petitioner two copies of this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check for the filing fee.

Dated: August 6, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 1.