UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEON MARQUIEST KILES,<br><br>         Petitioner,<br> v.<br><br>WILLIAM HUTCHINGS, *et al.*,<br><br>         Respondents. | Case No. 2:21-cv-01437-ART-NJK<br><br>ORDER |

In this habeas corpus case under 28 U.S.C. § 2254, the Court entered an order appointing counsel to assist Petitioner Kiles with filing a reply to Respondents' answer (ECF No. 9) to his habeas petition (ECF No. 6). ECF No. 22. In response to that order, the Federal Public Defender for the District of Nevada (FPD) has entered a notice of appearance on behalf of the Petitioner. ECF No. 23.

It is therefore ordered that Kiles shall have 90 days from the date of entry of this order to file a reply to Respondents' answer (ECF No. 9).

DATED THIS 18th day of August, 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE