UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Deon Marquiest Kiles,

        Petitioner,

   v.

William Hutchings, *et al.*,

        Respondents.

Case No. 2:21-cv-01437-ART-NJK

**Order extending the time for filing a reply in support of Kiles's § 2254 petition**

**(Second Request)**

## Points and Authorities

Petitioner Deon Marquiest Kiles respectfully asks this Court to enter an Order extending his deadline for filing a reply in support of his *pro se* § 2254 petition by 60 days until April 17, 2023.

Counsel for the warden, Deputy Attorney General Trisha Campbell, does not object to this request.

This is Kiles's second request to extend this deadline.

This Court appointed counsel on July 26, 2022, after the warden filed his answer.[1] Undersigned counsel made her appearance on August 16, 2022.[2] Kiles's reply is due today, following his request for a 90-day extension.

Counsel has obtained Kiles's records, reviewed his case, and met with him in person. Counsel has been unable to complete the reply but anticipates doing so by the requested April 17 deadline.

This request also takes counsel's schedule into consideration. Counsel is spearheading the planning committee for the first national conference in five years on non-capital habeas cases, which will be held in early March in Portland, Oregon and which has taken up a considerable amount of time. One of counsel's bigger cases, a federal murder case out of Reno, has resolved freeing up some time. However, her other big case, a capital § 2255 case continues to monopolize her time. On Friday, counsel filed a FOIA lawsuit in Washington D.C. district court in that case, which took more time than anticipated.

This request takes into counsel's upcoming travel, which includes trips to Terre Haute and Portland for work, as well as counsel's other cases and management duties.

---

[1] *See* ECF Nos. 22, 9.

[2] ECF No. 23.

This request is not made for the purposes of delay. Rather, the requested extension is necessary so that counsel can complete Kiles's reply.

For the reasons stated above, Kiles respectfully asks this Court to grant the requested extension until April 17, 2023.

Dated February 14, 2023.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Amelia L. Bizzaro*

Amelia L. Bizzaro
Assistant Federal Public Defender

IT IS SO ORDERED:

United States District Judge

Dated: March 20, 2023

3