UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEON MARQUIEST KILES,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>WILLIAM HUTCHINGS, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 2:21-cv-01437-ART-NJK<br><br>ORDER |

Respondents, through counsel, filed a motion for an enlargement of time within which to file and serve a reply in support of their answer (ECF No. 9). ECF No. 34. The Court's most recent scheduling order (ECF No. 24) did not contemplate a response to Petitioner's reply, but additional briefing may be helpful to the Court's resolution of this case. In addition, the motion appears to be filed in good faith and not for the purposes of delay.

It is therefore ordered that Respondents' motion (ECF No. 34), which the Court construes as a motion for leave to file a reply in support of their answer, is granted. Respondents shall have until August 16, 2023, to file a reply in support of their answer (ECF No. 9).

It is further ordered that petitioner's motion to extend time (ECF No. 31) is GRANTED *nunc pro tunc* as of April 17, 2023.

DATED THIS 18th day of July, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE